IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division
**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

CASE NO. Criminal No. 1:13-CR-350
CASE NAME: United States v. Justin Finley

TO: Prince William-Manassas RADC
9320 Lee Avenue
Manassas, VA 20110
Telephone No: 703-792-6420
Records Fax No: 703-792-7576

YOU ARE HEREBY COMMANDED to surrender the body of: Justin Finley,

DOB: ▆▆/1992 or ▆▆/1989, SSN: ▆▆▆-▆▆-8775 Sex: M , under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy or Deputies, or any other authorized law enforcement officer, so that his body will be before the Honorable Leonie M. Brinkema, Judge of the United States District Court for the Eastern District of Virginia, at the Courtroom of said Court, in the City of Alexandria at 2:00 o'clock p.m., on the 26th day of November, 2013, or at such other time as the Court may direct. This inmate will be retained in the Eastern District of Virginia until the conclusion of the matter he was brought to this district for.

WITNESS
The Honorable Leonie M. Brinkema
United States District Judge
at Alexandria, Virginia
This 21st day of November, 2013

FERNANDO GALINDO
CLERK OF COURT

By: _____
Deputy Clerk

(Name of ABS, SAD)/_____
Approved by: _____

RECEIVED
JSS
2013 NOV 21 P 1:20
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA